UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY GOWIN, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC, a California Limited Liability Company; SONY INTERACTIVE ENTERTAINMENT, INC., a Japanese Corporation; JEFF LINDSAY, an individual; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 19-cv-1876 JAH-AHG<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE FOR PLAINTIFF TO AMEND THE COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND** |

The Parties' filed a Joint Motion for Leave for Plaintiff to Amend the Complaint and to Extend Time for Defendants to Respond ("Joint Motion"). Doc. No. 9. Pursuant to Federal Rule of Civil Procedure 15, CivLR 7.2, the stipulation of the Parties, and finding good cause, the Joint Motion is GRANTED:

1. Plaintiff shall file an amended pleading on or before November 6, 2019.

2. Defendant shall have until December 13, 2019 to file a responsive pleading.

**IT IS SO ORDERED.**

DATED: October 30, 2019

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE