UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY GOWIN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC, *et al.*<br><br>　　　　　　　　　Defendants. | Case No.: 3:19-cv-01876-JAH-AHG<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  On December 17, 2019, the Court set an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this case for January 29, 2020. ECF No. 15. The Court held the ENE as scheduled, but decided to continue the CMC by 3-4 weeks while continuing its attempts to facilitate settlement in the interim.

Accordingly, the Court **CONTINUES** the CMC to **February 18, 2020** at **3:30 PM**. The CMC will be attorneys-only and telephonic. Counsel shall call the chambers teleconference line at **1-877-873-8018** and use **8367902** as the access code to join the conference.

**IT IS SO ORDERED.**

Dated: January 30, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge