UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSEY GOWIN, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE<br>ENTERTAINMENT, LLC, a California<br>Limited Liability Company; SONY<br>INTERACTIVE ENTERTAINMENT,<br>INC., a Japanese Corporation; JEFF<br>LINDSAY, an individual; and DOES 1 to<br>100, inclusive,,<br><br>                                    Defendant. | Case No.:  19cv01876-JAH (AHG)<br><br>**ORDER GRANTING JOINT<br>MOTION FOR VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>(Doc. No. 28)** |

Pursuant to Federal Rule of Civil Procedure 41, the Parties' Joint Motion for Voluntary Dismissal is **GRANTED**. IT IS HEREBY ORDERED this action is **DISMISSED with prejudice**. The parties agree to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  April 15, 2020

_____

JOHN A. HOUSTON
United States District Judge

1